**No. 09-8871. Shaaban Shaaban Hafed, Petitioner v. Supreme Court of the United States, et al.**

559 U.S. 1034, 130 S. Ct. 2070, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2855.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dis-

missed. See Rule 39.8. The Chief Justice took no part in the consideration or decision of this motion and this petition.

Same case below, 352 Fed. Appx. 447.